IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL, ALLIANCE FOR THE WILD ROCKIES, <br><br> Plaintiffs, <br><br> vs. <br><br> MARY C. ERICKSON, Custer Gallatin National Forest Supervisor, et al., <br><br> Defendants. | CV 17–53–DLC <br><br> ORDER |

Amici Curiae Park County, Montana, and Meagher County, Montana, move for the admission of Julie A. Weis to practice before this Court in this case with Jesse C. Kodadek to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Amici Curiae's motion to admit Julie A. Weis *pro hac vice* (Doc. 16) is GRANTED on the condition that Mrs. Weis does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mrs. Weis files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 27th day of September, 2017.

Dana L. Christensen, Chief Judge
United States District Court