**MARK STEGER SMITH**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
FAX: (406) 657-6058
Email: mark.smith3@usdoj.gov

**MELISSA A. HORNBEIN**
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, Montana 59626
Phone: (406) 457-5277
FAX: (406) 457-5130
Email: Melissa.hornbein@usdoj.gov

**ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **NATIVE ECOSYSTEMS COUNCIL, ALLIANCE FOR THE WILD ROCKIES,**<br>　　　　Plaintiffs,<br><br>　vs.<br><br>**MARY C. ERICKSON,** Custer Gallatin National Forest Supervisor, **LEANNE MARTEN,** Regional Forester of Region One of the U.S. Forest Service, **THOMAS L. TIDWELL,** Chief of the U.S. FOREST | **CV 17-53-M-DLC**<br><br><br>**FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |

| | |
|---|---|
| SERVICE, an agency of the U.S. Department of Agriculture, and the U.S. FISH & WILDLIFE SERVICE, an agency of the Department of the Interior,<br><br>           **Defendants.** | |

The United States hereby moves for summary judgment in the above-captioned matter. Summary judgment is proper because, as detailed in the contemporaneously-filed memorandum and supporting materials, the disputed actions of the federal defendants' were not arbitrary and capricious or contrary to law. Plaintiffs will oppose this motion.

**DATED** this 28th day of September, 2017.

**KURT G. ALME**
**United States Attorney**


**/s/ MARK STEGER SMITH**
**Assistant U. S. Attorney**
**Attorney for Defendant**

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September, 2017, a copy of the foregoing document was served on the following person by the following means**.**

<u> 1-2 </u>  CM/ECF
<u>    </u>  Hand Delivery
<u>    </u>  U.S. Mail
<u>    </u>  Overnight Delivery Service
<u>    </u>  Fax
<u>    </u>  E-Mail

1. Clerk of Court

2. Thomas J. Woodbury
Forest Defense, P.C.
917 N. 7th Street, Suite One
Boise, Idaho 83702
(650) 238-8759 – phone
tom@wildlandsdefense.org
*Attorney for Plaintiffs*

**/s/ MARK STEGER SMITH**
**Assistant U.S. Attorney**
**Attorney for Defendant**