IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL and ALLIANCE FOR THE WILD ROCKIES,<br><br>              Plaintiffs,<br><br>vs.<br><br>MARY C. ERICKSON, Custer Gallatin National Forest Supervisor, LEANNE MARTEN, Regional Forester of Region One of the U.S Forest Service, THOMAS L. TIDWELL, Chief of the U.S. Forest Service, an agency of the Department of Agriculture, U.S. FISH & WILDLIFE SERVICE, an agency of the Department of the Interior,<br><br>              Defendants. | CV 17-53-M-DWM<br><br>JUDGMENT IN A CIVIL CASE |

      This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiffs in accordance with the Court's Order filed on August 1st, 2018, Document 47.

      Dated this 1st day of August, 2018.

                                    TYLER P. GILMAN, CLERK
                                    By: /s/ Nicole Stephens
                                    Nicole Stephens, Deputy Clerk